# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Thuky T. Truong
**Plaintiff**

**CIVIL ACTION**

**V.**

**NO.  04-11451-REK**

John Potter
**Defendant**

## ORDER OF DISMISSAL

**Keeton, S.D. J.**

Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on   11/12/05   ,  it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

  12/5/05
**Date**

 /s/ Karen Folan
**Deputy Clerk**

(Dismiss LR41ord.wpd - 12/98)                                          [odismr41.]